WILLIAM H. BLACK, Appellant, *v.* MARK GRAVES et al.,
Constituting the State Tax Commission, et al.,
Respondents.

Argued October 16, 1939; decided November 14, 1939.

*John W. Davis, J. Paschall Davis* and *Francis Shackelford* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.